# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### Case No: 3:02CV101-MU

GRECON DIMTER, INC., )
)
    Plaintiff, )
)    **ORDER GRANTING DEFENDANT'S**
vs. )       **MOTION FOR ADMISSION**
)          **PRO HAC VICE**
HORNER FLOORING CO., INC. )
)
    Defendant. )
)

For good cause shown, and upon association of counsel admitted to practice in this Court, the Defendant's Motion to Admit Attorney Sarah M. Riley *Pro Hac Vice* is GRANTED and it is therefore ORDERED that Sarah M. Riley from the firm of Warner Norcross & Judd, LLP, be admitted to practice in this Court *pro hac vice* for the limited purpose of representing Defendant in the captioned case. Sara M. Riley will remit to the Clerk of this court the required special admission fee of $100 within 10 days of entry of this Order, if such fee has not already been paid.

This the 4th day of May, 2005.

_____
United States District Court Judge Presiding