# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:02CV101

| | |
|---|---|
| GRECON DIMTER, INC., )<br>    Plaintiff/Counter-Defendant, )<br>)<br>vs. )<br>)<br>HORNER FLOORING CO., INC., )<br>    Defendant/Counter-Plaintiff. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** in preliminary response to the "Horner Flooring Company's Motion to Compel Discovery" ("Motion to Compel") (Document No. 66), filed July 19, 2005 by Horner Flooring Co., Inc. ("Horner"); the "Plaintiff's Response to Defendant's Motion ..." (Document No. 69), filed August 5, 2005 by Grecon Dimter, Inc. ("Grecon Dimter"); and the "Horner's Reply to Grecon's Response ..." (Document No. 74), filed September 7, 2005 by Grecon Dimter. A hearing on the Motion to Compel shall be held in front of the undersigned on **Tuesday, October 11, 2005**. The parties will be contacted by the Court with respect to the time of such hearing.

    **IT IS SO ORDERED**.

**Signed: September 8, 2005**

_____
David C. Keesler
United States Magistrate Judge