# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:02CV101

| | | |
|---|---|---|
| **GRECON DIMTER, INC.,** | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **HORNER FLOORING CO, INC.,** | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion for Extension of Dispositive Motions Deadline" (Document No. 76), filed September 13, 2005. For good cause shown, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion for Extension of Dispositive Motions Deadline" (Document No. 76) is hereby GRANTED.

**IT IS FURTHER ORDERED** that the Pretrial Order, filed on November 18, 2002 and as subsequently amended, is further amended as follows:

> All motions except motions in limine and motions to continue shall be filed no later than November 7, 2005.

**Signed: September 13, 2005**

David C. Keesler
United States Magistrate Judge