# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

DOCKET NO. 3:02-CV-101-W

| | |
|---|---|
| GRECON DIMTER, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| HORNER FLOORING CO., INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

GreCon's objections to the 10 May 2007 Memorandum and Order of United States Magistrate Judge Carl Horn, III, are overruled, and the Order of the magistrate judge is hereby AFFIRMED.

IT IS SO ORDERED.

Signed: June 4, 2007

Frank D. Whitney
United States District Judge