# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### DOCKET NO. 3:02-CV-101-W

| | |
|---|---|
| GRECON DIMTER, INC., ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| HORNER FLOORING CO., INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| ) | |

THIS MATTER comes now before the Court upon Plaintiff's "Suggestion of Bankruptcy" (Doc. No. 154), filed 6 July 2007. The Court determines on its own motion that the above-styled matter is a "proceeding arising under title 11 or arising in or related to a case under title 11," and pursuant to 28 U.S.C. § 157 hereby ORDERS that this matter be REFERRED to the United States Bankruptcy Court for the Western District of North Carolina, Judge George R. Hodges, for disposition in the ordinary course of the related bankruptcy proceeding styled In re GreCon Dimter, Inc., No. 07-40379.

IT IS SO ORDERED.

Signed: August 22, 2007

Frank D. Whitney
United States District Judge